# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

GREYCLOUD LAWLER,

    Petitioner,

v.

MICHAEL OBENLAND,

    Respondent.

CASE NO. 3:17-cv-05824-RBL-JRC

ORDER TO SUPPLEMENT HABEAS PETITION

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

Petitioner filed this habeas petition on October 12, 2017. Dkt. 1. Having reviewed petitioner's habeas petition, it appears that it is missing a page. Petitioner included the instruction "see back of page" at the conclusion of his third ground for habeas relief. Dkt. 3 at 9. However, apparently, the back of the page was not scanned or uploaded.

ORDER TO SUPPLEMENT HABEAS PETITION - 1

Therefore, it is ORDERED:

Petitioner will file the additional page for his third ground with the Court **on or before December 29, 2017**.

If petitioner fails to file the additional page by the above noted date, the Court will consider the habeas petitioner in its current state.

The Clerk is directed to provide petitioner with a copy of this order.

Dated this 1st day of December, 2017.

J. Richard Creatura
United States Magistrate Judge